## SKIDMORE v. ANCHOR BREWING CO.

(Supreme Court, General Term, Second Department.    February 13, 1893.)

Appeal from judgment on report of referee.
Action by Chauncey H. Skidmore against the Anchor Brewing Company. From a judgment for plaintiff entered on the report of a referee, defendant appeals.    Affirmed.
Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

William G. Valentine, for appellant.
Augustus M. Price, for respondent.

DYKMAN, J.    This is an appeal from a judgment entered upon the report of a referee.    The action was for the recovery of damages for the unlawful discharge of the plaintiff from the service of the defendant.    It was the claim of the plaintiff that he was employed by the defendant as the captain of a steamboat for one year from the 15th day of April, 1889, at a salary of $900 a year, payable monthly, besides his board, which he claimed was worth $3.50 a week; that he entered upon the service in pursuance of the contract, and was discharged by the defendant without cause, to his damage $881.50.    The answer of the defendant controverted the complaint, and set up that the plaintiff was hired by the month and not by the year, and was discharged for incompetency.    The cause was tried before a referee to hear and determine, and, upon the trial, each party introduced testimony tending to support the allegations in the pleadings. The referee found the facts in accordance with the testimony of the plaintiff, and made a report in his favor.    Our examination of the case leads us to the same conclusion reached by the referee, and the judgment should be affirmed, with costs.

---

## BERTUCH v. SWEENY et al.

(Supreme Court, General Term, Second Department.    February 13, 1893.)

Appeal from special term, Kings county.
Action by Max Bertuch against Michael Sweeny and John Brown to recover damages for fraud.    From an order denying a motion to vacate an order of arrest, defendant Sweeny appeals.    Affirmed.

John McGinn, (Edward W. S. Johnston, of counsel,) for appellant.
Charles E. Burke, for respondent.

DYKMAN, J.    This is an appeal from an order denying a motion to vacate an order of arrest.    Although the moving affidavits contain strong statements, yet we think the judge at special term was justified in finding the facts in favor of the plaintiff, and the order should be affirmed, with $10 costs and disbursements.

---

## OGDEN v. KINGS COUNTY EL. RY. CO.

(Supreme Court, General Term, Second Department.    February 13, 1893.)

Appeal from special term, Kings county.
Action by Herman B. Ogden against the Kings County Elevated Railway Company to obtain an injunction against defendant's operation of its road and for damages.    Judgment for plaintiff.    Defendant appeals.    Affirmed.
Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

Russell & Percy, (William A. Poste and Welton C. Percy, of counsel,) for appellant.
Theodore B. Gates, for respondent.

PRATT, J.    We think this case was properly tried by the court without a jury; that it was fairly tried and most sensibly disposed of by the learned trial judge.    We, therefore, affirm the judgment, with costs.